FILED
IN OPEN COURT

JUN - 3 2025

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL CHARLES SCHENA,<br><br>Defendant. | Case No. 1:25-CR-158 |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT from in or about 2023 through in or around February 2025, in the Eastern District of Virginia and elsewhere, including outside of the jurisdiction of any particular State or district of the United States, within the extraterritorial jurisdiction of the United States, the defendant, having possession of, access to, and control over information and documents relating to the national defense, conspired with others, both known and unknown to the United States, to willfully transmit information and documents to persons not entitled to receive them, with reason to believe that the information so transmitted could be used to the injury of the United States and to the advantage of any foreign nation, and the defendant did an act to effect the object of the conspiracy.

(In violation of Title 18, United States Code, Section 793(g)).

Respectfully submitted,

Erik S. Siebert
United States Attorney

Date: June 2, 2025  By: _____
Michael P. Ben'Ary
Gavin Tisdale
Assistant United States Attorneys

Maria Fedor
Trial Attorney
United States Department of Justice
National Security Division
Counterintelligence and Export Control Section